**Amanda Yahnke, appellee, v. Adolph Klavohn, executor of the last will and testament of John Klavohn, Sr., deceased, appellant. Gen. No. 7,360.**

Claim against estate of decedent.  Judgment for claimant.  Appeal from the Circuit Court of Henry county; the Hon. Charles J. Searle, Judge, presiding.  Heard in this court at the April term, 1924.  Reversed and remanded.  Opinion filed August 6, 1924.  Rehearing denied October 15, 1924.

Bartlett S. Gray, for appellant.  Andrews & O'Connor, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**Village of Lake Zurich, defendant in error, v. Frederick Deschauer and Elmer Deschauer, plaintiffs in error. Gen. No. 7,313.**

Action to recover penalty for violation of ordinance.  Judgment for defendant.  Error to the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding.  Heard in this court at the October term, 1923.  Affirmed.  Opinion filed October 4, 1924.

Herren & Herren, for plaintiffs in error.  A. F. Beaubien, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**John P. Bargren, appellee, v. Lizzie M. Shaw, executrix of the last will and testament of Edwin Robinson, deceased, appellant. Gen. No. 7,320.**

Claim against estate of decedent.  Judgment for claimant.  Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding.  Heard in this court at the April term, 1924.  Affirmed.  Opinion filed October 4, 1924.  Rehearing denied October 21, 1924.

Early & Early, for appellant.  Garrett, Maynard & Hull and C. W. Ferguson, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**May Homrighouse, administratrix of the estate of John Phillip Homrighouse, deceased, appellee, v. H. V. Bale, appellant. Gen. No. 7,339.**

Action to recover damages for wrongful death.  Judgment for plaintiff.  Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding.  Heard in this court at the April term, 1924.  Reversed and remanded.  Opinion filed October 11, 1924.

Henry E. Jacobs and Clarence W. Heyl, for appellant; Heyl & Heyl, of counsel.  Barnes, Magoon, Black & Horton, for appellee; C. M. West, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.